

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

───────────────────────

No. 02-25-00616-CV

───────────────────────

MED-TRANS CORPORATION, Appellant

V.

ANTHONY LYNN, CHERYL LYNN, MICHEL VAN BEERS, AND FLORENCE
ASHLEY VAN BEERS, Appellees

On Appeal from the 477th District Court
Denton County, Texas
Trial Court No. 24-2372-16

Before Kerr, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We previously abated this appeal for settlement purposes. After the time for settlement elapsed without a motion to dismiss, we reinstated the appeal. We thereafter received "Appellant's Unopposed Motion to Dismiss Appeal." We grant the unopposed motion to dismiss and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: June 4, 2026